UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS M. DAWES,

Plaintiffs,

-against-

TIM NEWTON and PERLMAN & PERLMAN, LLP,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/19/2026___

26 Civ. 2145 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff, Nicholas M. Dawes, brings this action against Defendants Tim Newton and Perlman & Perlman, LLP, invoking diversity subject matter jurisdiction under 28 U.S.C. § 1332. *See* Compl. ¶ 6, ECF No. 1.  If Defendant, Perlman & Perlman, LLP, is a limited liability partnership, as its name would imply, then the complaint must allege the citizenship of each of its general and limited partners in order to establish that this Court has diversity jurisdiction.  *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–53 (2d Cir. 2000). Accordingly, by **April 2, 2026**, Plaintiff shall amend his pleading to allege the citizenship of each of Perlman & Perlman, LLP's general and limited partners.  If Plaintiff fails to allege complete diversity based upon the citizenship of the LLP's general and limited partners, the complaint shall be dismissed for lack of subject matter jurisdiction.

SO ORDERED.

Dated: March 19, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge