UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS M. DAWES,

                                        Plaintiff,

-against-

TIM NEWTON and PERLMAN & PERLMAN, LLP,

                                        Defendants.

Case No.  26-cv-02145 (AT)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(A)(2), Defendant, Perlman & Perlman, LLP, is a partnership who is a citizen of the states of New York and Virginia.

PERLMAN & PERLMAN, LLP

Tracy L. Boak, Esq.
521 Fifth Ave., 30th Floor
New York, NY  10175
(212) 889-0575
tracy@perlmanandperlman.com

Via ECF