UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS M. DAWES,<br><br>Plaintiff,<br><br>-against-<br>TIM NEWTON and PERLMAN & PERLMAN, LLP,<br><br>Defendant. | 26-CV-02145 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are motions to compel discovery (ECF 36, 38). At the discovery conference held on September 4, 2026, the parties reported that several of the disputes had been resolved. As to the remaining disputes, the motions to compel are GRANTED IN PART and DENIED IN PART. Specifically:

1. Defendants shall provide the Court with a copy of the joint defense agreement for in camera review.

2. Plaintiff represents that he has produced all documents making up the contract at issue that are in his possession, custody or control; Defendants may question Plaintiff about the contract at his deposition.

3. The parties are directed to meet and confer about a reasonable approach to authenticating documents, which may include stipulating to authenticity.

4. To the extent that there are requests for admission that have not been either admitted or denied by Defendants, Plaintiff may question Defendants at deposition about those responses.

5. As to Plaintiff's request to admit concerning responses to an email. Plaintiff may either provide Defendants with a more precise request to admit or question Defendants at deposition.

6. I expect to issue a separate order setting a settlement conference in late October, after the completion of fact discovery.

The Clerk of Court is respectfully requested to terminate ECF 36 and 38.

DATED: September 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**