UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS M. DAWES

Plaintiff,

-against-

TIM NEWTON and PERLMAN & PERLMAN, LLP,

Defendant.

26-CV-02145 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's request for production of a retainer/joint defense agreement ("JDA") between Defendants and certain third-party witnesses. I have reviewed the agreement in camera, and I conclude that it is an unremarkable example of a retainer and JDA. "Cases addressing the question of whether JDAs are privileged fall, quite frankly, all over the lot." *Steuben Foods, Inc. v. GEA Process Eng'g, Inc.*, No. 12-CV-00904(S)(M), 2016 WL 1238785, at *1 (W.D.N.Y. Mar. 30, 2016). I find the analysis in *R.F.M.A.S., Inc. v. So* to be persuasive. There, the Court conducted an in camera review of a JDA and concluded that it was not covered by the attorney client privilege but that "[a]s a general matter, a joint-defense agreement fits within the broad definition of work product, which embraces documents prepared because of the prospect of litigation"; the Court went on to explain that, with the exception of one paragraph, the document did not contain anything that would qualify as an expression of attorney mental processes and was "simply an agreement with specific and fairly predictable provisions governing the relationship of the parties in this lawsuit." *R.F.M.A.S.*, No. 06-CV-13114 (VM) (MHD), 2008 WL 465113, at *1 (S.D.N.Y. Feb. 15, 2008). The Court analyzed the JDA under the rule governing factual work product and required the party seeking discovery to

show that it had substantial need for the materials and could not, without undue hardship, obtain the information by other means. *See id.* (citing Fed. R. Civ. P. 26(b)(3) A)(ii)). Accordingly, Plaintiff shall, by **September 11, 2026**, file a letter on the docket explaining his basis for concluding that he has the requisite compelling need for the retainer/JDA, which would be necessary to override the work product privilege. *See id.*

DATED: September 9, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**