UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS M. DAWES

Plaintiff,

-against-

TIM NEWTON and PERLMAN & PERLMAN, LLP,

Defendant.

26-CV-02145 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I have reviewed the parties' letters (ECF 44, 45, 46). To the extent the JDA/retainer agreement reflects the terms of a joint defense agreement, it reflects work product, and so production should be required only if the party seeking discovery can demonstrate that it has substantial need for the material. *See R.F.M.A.S., Inc. v. So*, No. 06-CV 13114 (VM) (MHD), 2008 WL 465113, at *1 (S.D.N.Y. Feb. 15, 2008). Plaintiff has not demonstrated a substantial need for the terms of the joint defense agreement among Defendants and the witnesses. However, Plaintiff is correct that as a general rule, retainer agreements are not privileged or protected from production. *See, e.g., Oxford v. Uddin*, No. 23-CV-4054 (DEH), 2023 WL 9111159, at *1 (S.D.N.Y. Dec. 20, 2023) (citing *Vingelli v. U.S. Drug Enf't Agency*, 992 F.2d 449, 452 (2d Cir. 1993) ("[I]n the absence of special circumstances[,] client identity and fee arrangements do not fall within the attorney-client privilege because they are not the kinds of disclosures that would not have been made absent the privilege and their disclosure does not incapacitate the attorney from rendering legal advice."). To the extent the JDA/retainer agreement reflects the terms of the witnesses' retainer of counsel, the material should be produced if relevant. Relevance for discovery purposes is broad, and the structure of the relationship between

Defendants' counsel and the witnesses may be relevant to Plaintiff's claim of coordination between Defendants and the subpoenaed witnesses. Accordingly, Defendants' counsel is ORDERED, by **September 16, 2026** to produce to Plaintiff a redacted version of the JDA/retainer agreement, that redacts the terms of the joint defense agreement but not the terms of the retainer.

DATED: September 11, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**