UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS M. DAWES

Plaintiff,

-against-

TIM NEWTON and PERLMAN & PERLMAN, LLP,

Defendant.

26-CV-02145 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion to compel discovery. (ECF 58.) I conclude that *in camera* review of the documents in question are warranted. By **October 7, 2026**, Perlman & Perlman is ORDERED to email to my chambers every tenth email. Additionally, by **October 7, 2026**, Plaintiff is ordered to email to my chambers the documents he obtained from Ms. Pond-Kudlow over which the Club is asserting privilege.

DATED: October 5, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**