UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS M. DAWES

Plaintiff,

-against-

TIM NEWTON and PERLMAN & PERLMAN, LLP,

Defendant.

26-CV-02145 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court has received emails from Defendant Perlman & Perlman LLP and Plaintiff's counsel, copying each other and Defendant Tim Newton's counsel, attached hereto as Exhibit A.

Defendant Perlman & Perlman LLP requests an extension to submit the documents ordered for *in camera* review in ECF 65. The application is GRANTED. Accordingly, Perlman & Perlman LLP shall email to my chambers every tenth email by **October 9, 2026**.

In light of this extension, Plaintiff's counsel requests an extension to the fact discovery deadline. The application is GRANTED. The fact discovery deadline shall be extended to **November 10, 2026**.

DATED: October 6, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**