UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS M. DAWES

Plaintiff,

-against-

TIM NEWTON and PERLMAN & PERLMAN, LLP,

Defendant.

26-CV-02145 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on October 22, 2026:

1. The motion at ECF 68 is DENIED as moot because the parties have met and conferred further and resolved the dispute.

2. The motion at ECF 75 is GRANTED IN PART, in that Non-party Club is ordered to produce (i) all communications relating to photos of Plaintiff's home renovations, no matter when taken; and (ii) on an attorneys' eyes only basis, all documents disciplinary matters reviewed by the audit committee during the relevant time period, with names of the members facing possible discipline redacted. This motion is otherwise denied in part. In particular, (i) the Club represented that it produced all responsive documents within the relevant time period that it located after a reasonable search, other than the documents it is not ordered to produce (above); and (ii) the Club has made a sufficient showing as to confidentiality of produced documents; Plaintiff may challenge the confidentiality designations on a document-by-document basis.

3. Dates and times for remaining depositions were confirmed. The length of the Hynes deposition is extended to 2 hours and 15 minutes on the record, with 10 minutes

being allocated to Newton and 30 minutes being allocated to Perlman & Perlman. If any issues arise at the deposition, counsel for any party may call the Court for a ruling.

The Clerk of Court is respectfully requested to terminate ECF 68 and 75.

DATED: October 22, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**