UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS M. DAWES<br><br>Plaintiff,<br><br>-against-<br>TIM NEWTON and PERLMAN & PERLMAN, LLP,<br><br>Defendant. | 26-CV-02145 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

At the conference held on October 22, 2026, I asked the parties whether there were any remaining issues specifically related to the motion at ECF 68 and generally in the case, and no one raised any issues at the time. Conferences proceed most efficiently when the parties are prepared to discuss any issues they would like the Court to address. In response to Plaintiff's statement that he is standing on his request to compel responses to certain interrogatories propounded on Defendant Newton, his application is denied without prejudice to renewal after the Newton deposition, at which many of the open questions may appropriately be addressed.

With regard to Plaintiff's request that Defendant Newton be required to identify by Bates number certain documents requested by Plaintiff, which Defendant Newton represents that he believes produced, Defendant Newton's counsel represented at the conference yesterday that she would identify the location in the production of any documents requested by Plaintiff's counsel or produce them. It is unclear why Plaintiff is raising this issue with the Court rather than discussing the issue with counsel for Defendant Newton. Counsel for Plaintiff and for Defendant Newton are ordered to meet and confer by telephone for at least one hour to address this issue, and if it remains unresolved, Plaintiff may raise the issue again by **October**

**28, 2026**. Counsel for Defendant Newton is to make herself available for the required meet and confer before **October 27, 2026**. To the extent that documents Defendant Newton claimed were produced are not produced by the date of his deposition, I anticipate permitting the reopening of his deposition for limited questioning on the documents after they are produced.

DATED: October 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**