UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS M. DAWES

Plaintiff,

-against-

TIM NEWTON and PERLMAN & PERLMAN, LLP,

Defendant.

26-CV-02145 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion to compel discovery (ECF 83). As discussed at the conference held on November 17, 2026, and for the reasons set forth on the record, the motion is GRANTED IN PART AND DENIED IN PART, as set forth herein:

1. Defendants are ordered to meet and confer with Plaintiff before **November 23, 2026** on Plaintiff's requests that the confidentiality designation on certain documents and related testimony be removed. To the extent that the parties are unable to resolve this issue and Plaintiff has a litigation-related need for the de-designation of documents and/or testimony, he may renew his discovery motion.

2. Counsel for Newton shall produce all signature pates to the joint defense agreement. Plaintiff has not shown the requisite cause for me to order production of a further unredacted version of the JDA.

3. Plaintiff's application to compel billing records for the work done by Newton's counsel on third party subpoenas is DENIED.

4. By **November 23, 2023**, counsel for Newton is ordered to respond to the following interrogatories: 1, 2, 8, 9, and 10; and, in response to interrogatory number 5,

counsel for Newton is required to provide the names and contact information of the individuals in question. Plaintiff's application to compel responses to the following interrogatories is DENIED: 3, 4, 6, 7, 12, 14, 15, 19, 22.

The Clerk of Court is respectfully requested to terminate ECF 83.

DATED: November 18, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**