USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS M. DAWES,

Plaintiff,

-against-

TIM NEWTON and PERLMAN & PERLMAN, LLP,

Defendants.

26 Civ. 2145 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

The Court ADJOURNS the case management conference scheduled for **November 30, 2026** at **3:00 p.m.** The conference is adjourned *sine die* and will be rescheduled in due course.

SO ORDERED.

Dated: November 23, 2026
New York, New York

ANALISA TORRES
United States District Judge